IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No.  14-cv-01152-MEH

DAMON WILLIAMS,

    Plaintiff,

v.

AFNI, INC., an Illinois corporation,

    Defendant.

---

### ORDER TO CLOSE CASE WITH PREJUDICE
---

**Michael E. Hegarty, United States Magistrate Judge**.

    Before the Court is a Stipulation of Dismissal with Prejudice filed pursuant to Fed. R. Civ. P. 41(a)(1)(ii) [filed June 13, 2014; docket # 8].  The Court finds the Stipulation and terms of the dismissal proper.  Thus, the Clerk of the Court is directed to **DISMISS the claims WITH PREJUDICE** and close this case, with each party to bear his or its own fees and costs.

    Dated and entered at Denver, Colorado this 23rd day of June, 2014.

                              BY THE COURT:

                              */s/ Michael E. Hegarty*

                              Michael E. Hegarty
                              United States Magistrate Judge